461 A.2d 870

Township of Marple v. Kim & Hertzog, Appellants.

608

Argued March 16, 1983. George Brady, III, for appellants; Michael F.X. Gillin, for appellee.

Before CERCONE, P.J., ROWLEY and CIRILLO, JJ.

Order affirmed.